# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Fred J. Haupt, et al.*, | CASE NO. CV 16-6342-GHK (SSx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| *Nationstar Mortgage, LLC, et al.*, | |
| Defendants. | |

On October 19, 2016, we dismissed Plaintiffs' Complaint with prejudice as to Nationstar Mortgage, LLC.  On November 9, 2016, we dismissed Plaintiffs' Complaint without prejudice as to Defendant NBS Services, LLC.  Accordingly, IT IS HEREBY ADJUDGED that Plaintiffs' Complaint is **DISMISSED** as set forth above.  Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 9, 2016

_____
GEORGE H. KING
United States District Judge